IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE AGUIRRE-GALLEGOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Criminal Action No. H-99-477 |
| | § | Civil Action No. H-05-3431 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

# FINAL JUDGMENT

As the Court has granted Respondent United States of America's Motion to Dismiss and denied Aguirre-Gallegos's Motion to Vacate, Set Aside, or Correct Sentence, the Court hereby

ORDERS that final judgment be entered. Petitioner's claims against Respondent are DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 18th day of January, 2006.

*David Hittner*

_____

DAVID HITTNER

United States District Judge